

# THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North-America

In The
United States Supreme Court /Southern District Court
For Mississippi Republic

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**FEB 01 2023**
ARTHUR JOHNSTON
BY _____ DEPUTY

Richard Amun'Ra Bey, Authorized Representative, Natural Person, In Propria Persona:
Ex Rel: RICHARD CONRAD JOHNSON
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Mississippi Territory
[c/o P.O.BOX 8004]
[Jackson, Mississippi Republic [Zip Exempt]]
Northwest Amexem
Registration#2021081601941562
Registered 8/16/21

3:23-CV-82-CWR-FKB

January 31,2023

Richard Amun'Ra Bey(Auth Rep) / Ex Rel: RICHARD CONRAD JOHNSON
**Petitioner / Plaintiff**

v.

VICTOR ROCHA \ ROY JAKOBS CEO's \ ROYAL PHILLIPS of the PHILLIPS CORPORATIONS
**Respondents / Defendants**

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

The Zodiac Constitution Article I,sec. IX, clause VIII,II,III,IV, V, VI, VII, Article XIII 1791 United States Republic Constitution, Article I,II,III,IV,V,VI,VII, Amendments I,IV,V,VI,VII,VIII,IX,X, XIII, United Nations Universal of Human Rights(Article 15), United Nations Rights of Indigenous People (Part 1 Article 4)United Nation Rights of the Child (Principal 3) , Treaties of Peace & Friendship 1787/1836.Titles 18 241, 242, 219, and Title 18 chapter 115 sec 2381 and 2382.

### Venue

Original Jurisdiction United States Southern DistrictCourt

Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants
VICTOR ROCHA \ ROY JAKOBS CEO's \ ROYAL PHILLIPS of the PHILLIPS CORPORATION

### Facts
In support of this petition I state for the Record:

1. In July of 2021 I was informed of a recall on sleep apnea machines producing hazardous and dangerous cancerous carcinogens chemicals being produced by the CPAP (SLEEP APNEA )machines made by PHILLIPS CORPORATION.
2. I called PHILLIPS representative on or about August 16,2021, and gave them Both serial #s information of the CPAP machines that I was using and the representative stated that both machines were on the list and to STOP using the dangerous machines Immediately.
3. I state for the record VICTOR ROCHA \ ROY JAKOBS CEO's \ ROYAL PHILLIPS of the PHILLIPS CORPORATION, its agents, its officers, its distributors and its subsidiaries knowingly and conspired to promote, distribute its defective carcinogenic producing devices with the knowledge of its harmful and deadly affects.
4. I state VICTOR ROCHA \ ROY JAKOBS CEO's \ ROYAL PHILLIPS of the PHILLIPS CORPORATION, its agents, its officers, its distributors and its subsidiaries that if it was not for the Whistleblower Thomas Baker a former RESMED sales Rep. and paid the United States 37.5 million for false claims about the CPAP devices
5. I state for the record that I had Tonsil Cancer and I had to go thru CHEMOTHERAPY / RADIATION because of the deceptive and misleading action of PHILLIPS, its agents, its officers and its subsidiaries. I'm still having problems because of treatments as of January 30,2023. I'm still having issues due to the CHEMOTHERAPY / RADIATION Treatment that I received in the Head /Neck and the chemotherapy / radiation caused other health problems that I'm still dealing with as of January 31,2023.
6. On January 31,2023, a Writ in the Nature of Discovery was sent certified mail, return receipt to VICTOR ROCHA \ ROY JAKOBS CEO'

9. If no response is received a Notice of Default Judgment will be submitted to VICTOR ROCHA / ROY JAKOBS CEO's \ ROYAL PHILLIPS of the PHILLIPS CORPORATION and submitted to the quasi Southern District Federal Court of Mississippi.

## Legal Claims

The Zodiac Constitution Article I,sec. X clause / Article I sec. 8 clause 17, Article I sec. IX clauseVIII, No state shall enter into any Treaty or Grant any Title of Nobility) , Article III sec II judicial powers shall extend to All case /trial by jury,Article IV (Republican Form of Government), V, VI(United States Supreme Court is the Law of the land), VII / 1791 United States Republic Constitution, Amendments I (abridge my rights),IV,V,VI(failed to correct a wrong and did nothing),VII,VIII,IX(construed my rights),X, XIII, United Nations Universal of Human Rights(Article 15), United Nations Rights of Indigenous People (Part 1 Article 4)United Nation Rights of the Child (Principal 3) , Treaties of Peace & Friendship 1787/1836.and In violation of Amendment 13/w 20 at sec 12, Titles 18 241(conspiracy of rights), 242(deprivation of rights), 219(foreign agents),1581,1957 and Title 18 chapter 115 sec 2381 and 2382 (Misprision of Treason & Treason.

All Law is contract therefore in order for any claim to be made the contract must be produced. For Administrative Officer(s) to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

In so refusing to honor the Writ in the Nature of Discovery and denial of the Notice of Default Judgment an Administrative Officer(s) has violated their oath of office to uphold the United States Constitution.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

As the Southern District court is an Administrative Officers and does not have jurisdiction to listen to, hear arguments, presentation, or rational.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". Thompson v. Smith 154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

As an Administrative Officer(s) and officer(s) of the court, refusal to honor the Writ in the Nature of Discover and Notice of Default Judgment is a violation of their oath of office.

As an Administrative Officer(s) who should be well versed in law, Administrative Officer(s) knowingly committed fraud and knowingly has been administering in a capacity which they don't have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

## **RELIEF**

pertain to this Petitioner.

2) I, Richard Amun'Ra Bey(Auth Rep) / Ex Rel: RICHARD CONRAD JOHNSON demand if any criminal charges be found, let them be placed upon the Defendants.

3) I, Richard Amun'Ra Bey(Auth Rep) / Ex Rel: RICHARD CONRAD JOHNSON demand this United States Federal Quasi District court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACK (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

4) I, Richard Amun'Ra Bey(Auth Rep) / Ex Rel: RICHARD CONRAD JOHNSON do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court / Quasi SOUTHERN DISTRICT COURT to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Defendantss to be brought before the Law to answer for their criminal and unjust actions.

5) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

6) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable / unconstitutional actions on their part, by not adhering to the Law.

7) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation, United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

8) VICTOR ROCHA is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in his Official and Private capacity payable in lawful money.

9) ROY JAKOBS is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in his Official and Private capacity payable in lawful money.

10) ROYAL PHILLIP is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in his Official and Private capacity payable in lawful money.

11) PHILLIPS CORPORATION being sued for $20,000,000 for compensatory damages and $20,000,000 for punitive damages in his Official and Private capacity payable in lawful money.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED before an Article III Competent Judge Authorize by Congress**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this _31_ day of _January_, 2023=1444M.C.

I Am: _____
ExRel: RICHARD CONRAD JOHNSON
Authorized Representative